IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>TRI-VALLEY CORPORATION,<br><br>　　　　Debtor. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>Jointly Administered |
| CHARLES A. STANZIALE, JR., in his capacity as the chapter 7 trustee of Tri-Valley Corporation,<br><br>　　　　Plaintiff,<br><br>v.<br><br>DELOITTE & TOUCHE, LLP,<br><br>　　　　Defendant. | Adv. Proc. No. 14-50626 (MFW) |

### ORDER APPROVING STIPULATION EXTENDING TIME TO ANSWER/RESPOND TO COMPLAINT

After considering the parties' stipulation to extend the time for the Defendant to answer, move or otherwise respond to the Complaint, it is hereby ORDERED that the Stipulation attached as Exhibit 1 is APPROVED.

Date: December 2, 2014
　　　Wilmington, Delaware

BY THE COURT:

_____
The Honorable Mary F. Walrath
United States Bankruptcy Judge