# EXHIBIT 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| *In re:*<br><br>TRI-VALLEY CORPORATION,<br><br>Debtor. | Chapter 7<br><br>Case No. 12-12291 (MFW)<br><br>Jointly Administered |
| CHARLES A. STANZIALE, JR., in his capacity as the chapter 7 trustee of Tri-Valley Corporation,<br><br>Plaintiff,<br><br>v.<br><br>DELOITTE & TOUCHE, LLP,<br><br>Defendant. | Adv. Proc. No. 14-50626 (MFW) |

**STIPULATION BY AND BETWEEN PLAINTIFF AND DEFENDANT EXTENDING DEFENDANT'S TIME TO FILE ANSWER OR RESPONSIVE PLEADING**

The above-captioned plaintiff (the "Plaintiff") and defendant (the "Defendant") hereby agree to extend Defendant's time to file an answer or responsive pleading in the above-captioned adversary proceeding (the "Adversary Proceeding"), and in support hereof state as follows:

The Plaintiff initiated the Adversary Proceeding against the Defendant by filing a complaint [Adv. Pro. Docket No. 1] (the "Complaint") with this Court on August 6, 2014.

In order to allow the parties additional time to explore the possibility of resolving the Adversary Proceeding, the Plaintiff and the Defendant agree, pursuant to Local Rule 7012-2, to extend Defendant's time to file an answer or responsive pleading through and including January 5, 2015. In connection with the extension, by its signature below, Defendant acknowledges that service of original process in the above-captioned adversary proceeding upon it was proper and

agrees to waive any and all defenses related to the adequacy or sufficiency of original process and/or the service of original process (the complaint/summons), including any defenses that could be asserted pursuant to Federal Rule of Bankruptcy Procedure 7012(b) (which incorporates Federal Rule of Civil Procedure 12(b)(4, 5)).

The parties' entry into this Stipulation shall be without prejudice to the ability of the parties to seek a further extension or modification of the Defendant's time to answer or otherwise respond to the Complaint.

Dated: December 1, 2014　　　　　　　CIARDI CIARDI & ASTIN
　　　　　Wilmington, Delaware

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph J. McMahon, Jr.
　　　　　　　　　　　　　　　　　　　　Daniel K. Astin (No. 4068)
　　　　　　　　　　　　　　　　　　　　John D. McLaughlin, Jr. (No. 4123)
　　　　　　　　　　　　　　　　　　　　Joseph J. McMahon, Jr. (No. 4819)
　　　　　　　　　　　　　　　　　　　　1204 N. King Street
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19801
　　　　　　　　　　　　　　　　　　　　(302) 658-1100
　　　　　　　　　　　　　　　　　　　　(302) 658-1300 (Fax)
　　　　　　　　　　　　　　　　　　　　jmcmahon@ciardilaw.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*

Dated: December 1, 2014　　　　　　　MORRIS, NICHOLS, ARSHT & TUNNELL LLP

　　　　　　　　　　　　　　　　　　　　/s/ Donna Culver
　　　　　　　　　　　　　　　　　　　　Eric D. Schwartz, Esquire (No. 3134)
　　　　　　　　　　　　　　　　　　　　1201 North Market Street, 16th Floor
　　　　　　　　　　　　　　　　　　　　P.O. Box 1347
　　　　　　　　　　　　　　　　　　　　Wilmington, DE 19899-1347
　　　　　　　　　　　　　　　　　　　　(302) 658-9200
　　　　　　　　　　　　　　　　　　　　(302) 658-3989 (Fax)
　　　　　　　　　　　　　　　　　　　　eschwartz@mnat.com

　　　　　　　　　　　　　　　　　　　　*Counsel for Defendant*